DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER WHITAKER** and **ARTHUR HAMILTON,**
Appellants,

v.

**JEROME MOSES,**
Appellee.

No. 4D2024-0144

[June 12, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard Joseph Curley, Jr., Judge; L.T. Case No. 50-2021-CA-011953-XXXX-MB.

Christopher C. Whitaker, Jr., Riviera Beach, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.  See* Fla. R. App. P. 9.315(a).

CIKLIN, GERBER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***